# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CARMEN HAWKINS

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS,
OFFICE OF THE LOUISIANA
STATE POLICE, AND ROBERT
BURNS

NO.   2021 CW 0339

**MAY 06, 2021**

---

In Re:   Carmen Hawkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662625.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6). Relator, Carmen Hawkins, failed to include a copy of the signed judgment or ruling complained of.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed on or before May 20, 2021, and must contain a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT